IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TOMALES BAY CAPITAL ANDURIL III, L.P., a Delaware limited partnership, and TOMALES BAY CAPITAL ANDURIL III GP, LLC, a Delaware limited liability company, and IQBALJIT KAHLON, Managing Member of Tomales Bay Capital Anduril III GP, LLC, | § § § § § § § § | No. 163, 2026 |
| | § § | Court Below: Court of Chancery of the State of Delaware |
| Defendants Below/Appellants, | § § | |
| v. | § § § | |
| LEO INVESTMENTS HONG KONG LIMITED, a limited liability company organized under the laws of Hong Kong, | § § § § | C.A. No. 2022-0175 |
| Plaintiff Below, | § § § | |
| and | § § | |
| PRO PUBLICA, INC., | § § § | |
| Objector Below/Appellee. | § | |

Submitted: June 2, 2026
Decided: June 4, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **LEGROW**, Justices;

## <u>ORDER</u>

This 4th day of June, 2026, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Order Addressing

1

Motions for Continued Confidential Treatment dated January 28, 2026, and the Order Denying Motion for Reargument dated March 18, 2026.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED. Under Supreme Court Rule 18, the mandate shall issue forthwith.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice